United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Melissa M. Kutz  
    Debtor

Case No. 23-01576-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Aug 09, 2023     Form ID: ntnew341     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa M. Kutz, 325 Buckley Dr., Harrisburg, PA 17112-2729 |
| 5554044 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5554047 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5554024 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2023 18:49:27 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5554025 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 18:49:30 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5554026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 18:49:04 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5554027 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 18:49:26 | Citibank Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5554028 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2023 18:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5554029 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2023 18:34:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5554042 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 09 2023 18:34:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5554034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 18:50:03 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5554043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2023 18:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5554030 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2023 18:49:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5558050 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 09 2023 18:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5554031 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2023 18:34:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5554032 | ^ | MEBN | Aug 09 2023 18:33:16 | Lendingpoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW, Ste 200, Kennesaw, GA 30144-3612 |
| 5554033 | | Email/Text: camanagement@mtb.com | | |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 09 2023 18:34:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5554046 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2023 18:34:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5554035 | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2023 18:36:59 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5554036 | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2023 18:49:19 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5554037 | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2023 18:49:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5554038 | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2023 18:49:21 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5554039 | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2023 18:49:17 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5554040 | Email/Text: bncmail@w-legal.com | Aug 09 2023 18:34:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5554045 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 09 2023 18:34:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5554041 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 09 2023 18:48:48 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Melissa M. Kutz jmh@johnhyamslaw.com acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa M. Kutz,　　　　　　　　　　　　　　Chapter　　13

**Debtor 1**

Case No.　　1:23−bk−01576−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: September 28, 2023 <br> Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 9, 2023 |

ntnew341 (04/18)