# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Melissa Martha Kutz                    |Personnel Number..... 00125481           |
|325 Buckley Drive                      |Liquor Control Board                     |
|Harrisburg PA   17112                  |Pay Period.. 05/28/2023 - 06/10/2023     |
|                                       |Fed Tax Status: Single                   |
|                                       |Fed Tax Allowances: 00   Period: 13/2023 |
|B/U:A3      Group:08     Level:20      |                                         |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/2023 | 2,186.96 | = | 3,603.00 | + | 0.00 | − | 950.77 | − | 465.27 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 48.04 | 60.00 | 2,882.40 | 39,488.88 |
| Annual Leave Pay | | | | 5,116.26 |
| Compensatory | 48.04 | 7.50 | 360.30 | 432.36 |
| Holiday/Comp lieu Holiday | 48.04 | 7.50 | 360.30 | 1,801.50 |
| Total Gross | | | 3,603.00 | 46,839.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 495.40 | 6,479.24 |
| TX EE Social Security Tax | 217.80 | 2,831.41 |
| TX EE Medicare Tax | 50.94 | 662.19 |
| State         Pennsylvania | | |
| TX Withholding Tax | 107.85 | 1,402.05 |
| TX EE Unemployment Tax | 2.52 | 32.79 |
| Local         Harrisburg | | |
| TX Local Services Tax | 6.00 | 78.00 |
| Local         West Hanover Township | | |
| TX Withholding Tax | 70.26 | 913.38 |
| EE Taxes | 950.77 | 12,399.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 90.08 | 1,171.04 |
| Deferred Compensation | 150.00 | 1,950.00 |
| Full Cov Class AA/Cat 0 | 225.19 | 2,927.47 |
| Total Deductions | 465.27 | 6,048.51 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,186.96 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 217.80 |
| TX ER Medicare Tax | 50.94 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 115.00 |
| ER Workers Comp Benefit | 93.62 |
| PR Choice PPO | 536.00 |
| ER-SERS | 1,398.68 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,137.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Melissa Martha Kutz                    |Personnel Number..... 00125481          |
|325 Buckley Drive                      |Liquor Control Board                    |
|Harrisburg PA  17112                   |Pay Period.. 05/14/2023 - 05/27/2023    |
|                                       |Fed Tax Status: Single                  |
|                                       |Fed Tax Allowances: 00   Period: 12/2023|
|B/U:A3     Group:08     Level:20       |                                        |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2023 | 2,186.95 | = | 3,603.00 | + | 0.00 | - | 950.78 | - | 465.27 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 48.04 | 75.00 | 3,603.00 | 36,606.48 |
| Annual Leave Pay | | | | 5,116.26 |
| Compensatory | | | | 72.06 |
| Holiday/Comp lieu Holiday | | | | 1,441.20 |
| Total Gross | | | 3,603.00 | 43,236.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 495.40 | 5,983.84 |
| TX EE Social Security Tax | 217.80 | 2,613.61 |
| TX EE Medicare Tax | 50.94 | 611.25 |
| State              Pennsylvania | | |
| TX Withholding Tax | 107.85 | 1,294.20 |
| TX EE Unemployment Tax | 2.53 | 30.27 |
| Local              Harrisburg | | |
| TX Local Services Tax | 6.00 | 72.00 |
| Local              West Hanover Township | | |
| TX Withholding Tax | 70.26 | 843.12 |
| EE Taxes | 950.78 | 11,448.29 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 90.08 | 1,080.96 |
| Deferred Compensation | 150.00 | 1,800.00 |
| Full Cov Class AA/Cat 0 | 225.19 | 2,702.28 |
| Total Deductions | 465.27 | 5,583.24 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,186.95 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 217.80 |
| TX ER Medicare Tax | 50.94 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 115.00 |
| ER Workers Comp Benefit | 93.62 |
| PR Choice PPO | 536.00 |
| ER-SERS | 1,398.68 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,137.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Melissa Martha Kutz                       | Personnel Number..... 00125481            |
| 325 Buckley Drive                         | Liquor Control Board                      |
| Harrisburg PA   17112                     | Pay Period.. 04/30/2023 - 05/13/2023      |
|                                           | Fed Tax Status: Single                    |
|                                           | Fed Tax Allowances: 00   Period: 11/2023  |
| B/U:A3      Group:08     Level:20         |                                           |
```

|  Pay Date    | Payment Amount | = |  Gross   | + | Reim. | - | Taxes  | - |  Deds. |
|--------------|----------------|---|----------|---|-------|---|--------|---|--------|
| 05/26/2023   | 2,186.96       | = | 3,603.00 | + | 0.00  | - | 950.77 | - | 465.27 |

| Gross Current Pay        | Rate  | Hrs/Unt | Amount   | Year To Date |
|--------------------------|-------|---------|----------|--------------|
| Normal working hours     | 48.04 | 73.50   | 3,530.94 | 33,003.48    |
| Annual Leave Pay         |       |         |          | 5,116.26     |
| Compensatory             | 48.04 | 1.50    | 72.06    | 72.06        |
| Holiday/Comp lieu Holiday|       |         |          | 1,441.20     |
| Total Gross              |       |         | 3,603.00 | 39,633.00    |

| Taxes                       | Amount | Year To Date |
|-----------------------------|--------|--------------|
| Federal          Federal    |        |              |
| TX Withholding Tax          | 495.40 | 5,488.44     |
| TX EE Social Security Tax   | 217.80 | 2,395.81     |
| TX EE Medicare Tax          | 50.94  | 560.31       |
| State            Pennsylvania |      |              |
| TX Withholding Tax          | 107.85 | 1,186.35     |
| TX EE Unemployment Tax      | 2.52   | 27.74        |
| Local            Harrisburg |        |              |
| TX Local Services Tax       | 6.00   | 66.00        |
| Local            West Hanover Township |  |         |
| TX Withholding Tax          | 70.26  | 772.86       |
| EE Taxes                    | 950.77 | 10,497.51    |

| Deductions              | Amount | Year To Date |
|-------------------------|--------|--------------|
| EE PreTx MED Pct        | 90.08  | 990.88       |
| Deferred Compensation   | 150.00 | 1,650.00     |
| Full Cov Class AA/Cat 0 | 225.19 | 2,477.09     |
| Total Deductions        | 465.27 | 5,117.97     |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

| Reimbursements | Amount |
|----------------|--------|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,186.96 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 217.80 |
| TX ER Medicare Tax | 50.94 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 115.00 |
| ER Workers Comp Benefit | 93.62 |
| PR Choice PPO | 536.00 |
| ER-SERS | 1,398.68 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,137.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Melissa Martha Kutz                    |Personnel Number..... 00125481          |
|325 Buckley Drive                      |Liquor Control Board                    |
|Harrisburg PA  17112                   |Pay Period.. 04/16/2023 - 04/29/2023    |
|                                       |Fed Tax Status: Single                  |
|                                       |Fed Tax Allowances: 00   Period: 10/2023|
|B/U:A3     Group:08    Level:20        |                                        |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | 2,186.97 = | 3,603.00 | + | 0.00 | - | 950.76 | - | 465.27 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 48.04 | 75.00 | 3,603.00 | 29,472.54 |
| Annual Leave Pay | | | | 5,116.26 |
| Holiday/Comp lieu Holiday | | | | 1,441.20 |
| Total Gross | | | 3,603.00 | 36,030.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 495.40 | 4,993.04 |
| TX EE Social Security Tax | 217.80 | 2,178.01 |
| TX EE Medicare Tax | 50.93 | 509.37 |
| State             Pennsylvania | | |
| TX Withholding Tax | 107.85 | 1,078.50 |
| TX EE Unemployment Tax | 2.52 | 25.22 |
| Local             Harrisburg | | |
| TX Local Services Tax | 6.00 | 60.00 |
| Local             West Hanover Township | | |
| TX Withholding Tax | 70.26 | 702.60 |
| EE Taxes | 950.76 | 9,546.74 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 90.08 | 900.80 |
| Deferred Compensation | 150.00 | 1,500.00 |
| Full Cov Class AA/Cat 0 | 225.19 | 2,251.90 |
| Total Deductions | 465.27 | 4,652.70 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,186.97 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 217.80 |
| TX ER Medicare Tax | 50.93 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 115.00 |
| ER Workers Comp Benefit | 93.62 |
| PR Choice PPO | 536.00 |
| ER-SERS | 1,398.68 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,137.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Melissa Martha Kutz              | Personnel Number..... 00125481        |
| 325 Buckley Drive                | Liquor Control Board                  |
| Harrisburg PA  17112             | Pay Period.. 04/02/2023 - 04/15/2023  |
|                                  | Fed Tax Status: Single                |
|                                  | Fed Tax Allowances: 00   Period: 09/2023 |
| B/U:A3    Group:08    Level:20   |                                       |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/2023 | 2,186.96 | = | 3,603.00 | + | 0.00 | - | 950.77 | - | 465.27 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 48.04 | 30.00 | 1,441.20 | 25,869.54 |
| Annual Leave Pay | 48.04 | 45.00 | 2,161.80 | 5,116.26 |
| Holiday/Comp lieu Holiday | | | | 1,441.20 |
| Total Gross | | | 3,603.00 | 32,427.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal             Federal | | |
| TX Withholding Tax | 495.40 | 4,497.64 |
| TX EE Social Security Tax | 217.80 | 1,960.21 |
| TX EE Medicare Tax | 50.94 | 458.44 |
| State             Pennsylvania | | |
| TX Withholding Tax | 107.85 | 970.65 |
| TX EE Unemployment Tax | 2.52 | 22.70 |
| Local              Harrisburg | | |
| TX Local Services Tax | 6.00 | 54.00 |
| Local           West Hanover Township | | |
| TX Withholding Tax | 70.26 | 632.34 |
| EE Taxes | 950.77 | 8,595.98 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 90.08 | 810.72 |
| Deferred Compensation | 150.00 | 1,350.00 |
| Full Cov Class AA/Cat 0 | 225.19 | 2,026.71 |
| Total Deductions | 465.27 | 4,187.43 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,186.96 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 217.80 |
| TX ER Medicare Tax | 50.94 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 115.00 |
| ER Workers Comp Benefit | 93.62 |
| PR Choice PPO | 536.00 |
| ER-SERS | 1,398.68 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,137.73 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|