In re:                                                  Case No. 23-01576-HWV

Melissa M. Kutz                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                    Page 1 of 3

Date Rcvd: Sep 29, 2023                      Form ID: ntcnfhrg                                   Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa M. Kutz, 325 Buckley Dr., Harrisburg, PA 17112-2729 |
| 5564663 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5554047 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561036 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 19:00:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5554024 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 19:02:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5554025 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 19:02:01 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5554026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 19:02:01 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5554027 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 19:00:36 | Citibank Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5562753 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 18:50:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 5554028 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 18:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5554029 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 18:50:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5554042 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 29 2023 18:49:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5554034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 19:00:42 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5554043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2023 18:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5567469 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 18:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5567159 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 18:50:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5554030 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 19:01:49 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5558050 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2023 18:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5554031 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 29 2023 18:49:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5566025 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 19:01:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5554032 | ^ | MEBN | Sep 29 2023 18:48:10 | Lendingpoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW, Ste 200, Kennesaw, GA 30144-3612 |
| 5554033 | | Email/Text: camanagement@mtb.com | Sep 29 2023 18:50:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5560610 | | Email/Text: camanagement@mtb.com | Sep 29 2023 18:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5554046 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 18:50:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5554044 | | Email/Text: fesbank@attorneygeneral.gov | Sep 29 2023 18:49:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5567593 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 19:00:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5567728 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 18:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5565892 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 18:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5565906 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 18:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5567538 | | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 19:00:41 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5554035 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 19:01:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5554036 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 19:00:19 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5554037 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 19:01:54 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5554038 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 19:00:32 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5554039 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 19:01:11 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5566770 | + | Email/Text: bncmail@w-legal.com | Sep 29 2023 18:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5554040 | | Email/Text: bncmail@w-legal.com | Sep 29 2023 18:50:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5554045 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Sep 29 2023 18:49:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5554041 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 19:00:25 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Melissa M. Kutz jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa M. Kutz,           Chapter     13

    **Debtor 1**

               Case No.     1:23−bk−01576−HWV

## Amended Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**November 1, 2023** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 8, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 29, 2023 |

ntcnfhrg (08/21)