UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

IN RE:      (Debtors' names)                                    CHAPTER 13
MELISSA M KUTZ_____                    CASE NO: 23-01576_____

## NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>  TD Bank USA, N.A. | This change applies to **PROOF OF CLAIM #** (if known): 13_____<br><br>Account # (if any): _____ |
| **Old Payment Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA 98124-3978 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>1415 Western Avenue<br>Suite 700<br>Seattle, WA 98101 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: 11/07/2025_____ | /s/ Jordan Morrison_____<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison_____<br>Address: c/o Weinstein & Riley, P.S._____<br>749 Gateway, Suite G-601_____<br>Abilene, TX 79602_____<br>Phone #: (877) 332-3543_____ |

**THIS CHANGE APPLIES TO (CHECK ONE): X_____ THIS CASE ONLY;**
**AT PRIOR ADDRESS.**